Electronically Filed
Supreme Court
SCWC-18-0000083
19-JUN-2024
09:09 AM
Dkt. 13 ODAC

SCWC-18-0000083

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

OLEG LEUS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000083; CR. NO. 1PC151001754)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Oleg Leus's Application for Writ of

Certiorari, filed on April 22, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 19, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens